**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**SHER'MON A. ALLEN**,

**Plaintiff,**

**v.** **Case No. 5:26-cv-199-TKW-MJF**

**ROTTER, et al.**

**Defendants**.
___________________________________/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1915(g) because Plaintiff is a "three-striker" who failed to pay the filing fee upon commencing this action and the complaint does not plausibly allege that Plaintiff is under imminent danger of serious physical injury. Accordingly, it is

ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is DENIED

3. This case is DISMISSED without prejudice under 28 U.S.C. §1915(g).

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 11th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**